KAEMPFER CROWELL
Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: sgraves@kcnvlaw.com

Attorneys for Defendant American Express National Bank, erroneously named as American Express Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TODD VANDEHEY,<br><br>Plaintiff,<br><br>vs.<br><br>TRANSUNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and AMERICAN EXPRESS COMPANY,<br><br>Defendants. | Case No. 2:21-cv-02132-GMN-BNW<br><br>**STIPULATION TO STAY ACTION AS TO AMERICAN EXPRESS NATIONAL BANK PENDING THE COMPLETION OF ARBITRATION** |

Plaintiff Todd Vandehey ("Plaintiff") and Defendant American Express National Bank ("American Express"), erroneously sued as American Express Company, stipulate and agree that (1) all of Plaintiff's claims against American Express in this action are subject to arbitration pursuant to the written agreement between Plaintiff and American Express; and (2) all proceedings in this matter as to American Express only, including any pending deadlines, are stayed

pending completion of arbitration. The Court shall retain jurisdiction to enforce any award entered in the arbitration.

| MARCUS & ZELMAN, LLC | KAEMPFER CROWELL |
|---|---|
| /s/ Yitzchak Zelman | |
| Yitzchak Zelman, *pro hac vice* | Robert McCoy, No. 9121 |
| 701 Cookman Avenue, Suite 300 | Sihomara L. Graves, No. 13239 |
| Asbury Park, New Jersey 07712 | 1980 Festival Plaza Drive, Suite 650 |
| | Las Vegas, Nevada 89135 |
| Attorney for Plaintiff Todd Vandehey | |
| | Attorneys for Defendant American Express Company |

**ORDER**

**IT IS SO ORDERED.**

Dated this __15__ day of April, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT