Robert M. Tzall
NV Bar#13412
Contemporary Legal Solutions
2551 N. Green Valley Parkway, Bldg. C, Suite 303
Henderson, NV 89014
Telephone: (702) 666-0233
Email: robert@contemporarylegalsolutions.com

Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
*Pro Hac Vice*
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Telephone: (732) 695-3282
Email: yzelman@marcuszelman.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TODD VANDEHEY, <br><br> Plaintiff, <br><br> -v- <br><br> TRANSUNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and AMERICAN EXPRESS COMPANY, <br><br> Defendants. | **Civil Case Number:  2:21-cv-02132-GMN-BNW** |

## STIPULATION OF DISMISSAL AS TRANSUNION, LLC

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of all claims against Defendant, **TRANSUNION, LLC** in the above-captioned matter, with prejudice.  A proposed Order of Dismissal as to **TRANSUNION, LLC** is annexed hereto as Exhibit A.

All parties shall bear their own attorneys' fees and costs incurred in the action against **TRANSUNION, LLC**.

Dated:          August 26, 2022

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
PRO HAC VICE
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Email: yzelman@marcuszelman.com

*Attorneys for Plaintiff*
*Todd Vandehey*

/s/ Rachael Swernofsky
Rachael Swernofsky, Esq.
QUILLING, SELANDER, LOWNDS,
WINSLETT, MOSER, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, TX 75024
Tel (214) 560-5443
Email: rswernofsky@qslwm.com

*Attorneys for Defendant*
*Transunion, LLC*

## **ORDER**

**IT IS SO ORDERED.**

Dated this __29__ day of August, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT