Robert M. Tzall
NV Bar#13412
Contemporary Legal Solutions
2551 N. Green Valley Parkway, Bldg. C, Suite 303
Henderson, NV 89014
Telephone: (702) 666-0233
Email: robert@contemporarylegalsolutions.com

Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
*Pro Hac Vice*
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Telephone: (732) 695-3282
Email: yzelman@marcuszelman.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| TODD VANDEHEY,<br><br>Plaintiff,<br><br>-v-<br><br>TRANSUNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and AMERICAN EXPRESS COMPANY,<br><br>Defendants. | **Civil Case Number: 2:21-cv-02132-GMN-BNW** |

## STIPULATION OF DISMISSAL AS TO EXPERIAN

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of all claims against Defendant, **EXPERIAN INFORMATION SOLUTIONS, INC.,** in the above-captioned matter, with prejudice.

All parties shall bear their own attorneys' fees and costs incurred in the action against **EXPERIAN**.

Dated: July 14, 2023

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
PRO HAC VICE
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Email: yzelman@marcuszelman.com

*Attorneys for Plaintiff*
*Todd Vandehey*

/s/ Benjamin Gordon
Jennifer L. Braster
Nevada Bar No. 9982
Benjamin B. Gordon
Nevada Bar No. 15552
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Tel: (702) 420-7000
Email: jbraster@nblawnv.com
Email: bgordon@nblawnv.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

Robert M. Tzall
NV Bar#13412
Contemporary Legal Solutions
2551 N. Green Valley Parkway, Bldg. C, Suite 303
Henderson, NV 89014
Telephone: (702) 666-0233
Email: robert@contemporarylegalsolutions.com

Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
*Pro Hac Vice*
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Telephone: (732) 695-3282
Email: yzelman@marcuszelman.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| TODD VANDEHEY,<br><br>Plaintiff,<br><br>-v-<br><br>TRANSUNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and AMERICAN EXPRESS COMPANY,<br><br>Defendants. | **Civil Case Number: 2:21-cv-02132-GMN-BNW** |

**[PROPOSED] DISMISSAL ORDER**

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' July 14, 2023 Stipulation of Dismissal, all claims asserted against Defendant **EXPERIAN INFORMATION SOLUTIONS, INC.** in Civil Action No. **2:21-cv-02132-GMN-BNW**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in the action against **EXPERIAN**.

**SO ORDERED THIS** 16 **day of** July **2023.**

HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

Robert M. Tzall
NV Bar#13412
Contemporary Legal Solutions
2551 N. Green Valley Parkway, Bldg. C, Suite 303
Henderson, NV 89014
Telephone: (702) 666-0233
Email: robert@contemporarylegalsolutions.com

Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
*Pro Hac Vice*
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Telephone: (732) 695-3282
Email: yzelman@marcuszelman.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| TODD VANDEHEY,<br><br>Plaintiff,<br><br>**-v-**<br><br>TRANSUNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and AMERICAN EXPRESS COMPANY,<br><br>Defendants. | **Civil Case Number: 2:21-cv-02132-GMN-BNW** |

**[PROPOSED] DISMISSAL ORDER**

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' July 14, 2023 Stipulation of Dismissal, all claims asserted against Defendant **EXPERIAN INFORMATION SOLUTIONS, INC.** in Civil Action No. **2:21-cv-02132-GMN-BNW**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in the action against **EXPERIAN**.

**SO ORDERED THIS _______ day of _____________ 2023.**

_______________________________
HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE