Robert M. Tzall
NV Bar#13412
Contemporary Legal Solutions
2551 N. Green Valley Parkway, Bldg. C, Suite 303
Henderson, NV 89014
Telephone: (702) 666-0233
Email: robert@contemporarylegalsolutions.com

Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
*Pro Hac Vice*
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Telephone: (732) 695-3282
Email: yzelman@marcuszelman.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TODD VANDEHEY, <br><br>                     Plaintiff, <br><br> -v- <br><br> TRANSUNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and AMERICAN EXPRESS COMPANY, <br><br>                     Defendants. | Civil Case Number:  2:21-cv-02132-GMN-BNW |

### STIPULATION OF DISMISSAL AS TO AMERICAN EXPRESS

Plaintiff Todd Vandehey ("Plaintiff") and Defendant American Express National Bank (erroneously named American Express Company in the complaint ("American Express") hereby stipulate to the Plaintiff's voluntary dismissal of all claims against the remaining Defendant, **AMERICAN EXPRESS,** in the above-captioned matter, with prejudice.

Each party shall bear its own attorneys' fees and costs incurred in this action.

Dated: August 23, 2023

| /s/ Yitzchak Zelman | /s/ Sihomara L. Graves |
|---|---|
| Yitzchak Zelman, Esq. | Robert R. McCoy, Esq. |
| MARCUS & ZELMAN, LLC | Sihomara L. Graves, Esq. |
| 701 Cookman Avenue, Suite 300 | KAEMPFER CROWELL |
| Asbury Park, NJ 07712 | 1980 Festival Plaza Drive, Suite 650 |
| Tel: (732) 695-3282 | Las Vegas, NV 89135 |
| Email: yzelman@marcuszelman.com | Tel: (702) 792-7000 |
| PRO HAC VICE | Email: rmccoy@kcnvlaw.com |
| *Attorneys for Plaintiff* | Email: sgraves@kcnvlaw.com |
| *Todd Vandehey* | |
| | *Attorneys for Defendant* |
| | *American Express* |

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: August 25, 2023